UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Paul Alexander
_____
                              Petitioner
_____

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

Lt. Robert Corcoran, NYPD
_____
      &
New York City Police Dept.
_____
                              Respondent
_____

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

**12 CV 8625**

#2

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☑ Yes   ☐ No
             (check one)

## I.     Parties in this complaint:

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name  Paul Alexander
             ID #  08A4112
             Current Institution  out of Prison on Parole
             Address  1234 Park St.
                      Peekskill, N.Y. 10566

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Lt Robert Corcoran NYC PD
New York City Police Dept.

Rev. 05/2010

RECEIVED NOV 27 2012 PRO SE OFFICE

Lt. Robert Corcoran, N.Y.P.D

Defendant No. 1  Name _____ Shield # _____
Where Currently Employed New York City Police Dept.
Address 1 Police Plaza
New York, N.Y. 10038

Defendant No. 2  Name New York City Police Dept. Shield # _____
Where Currently Employed _____
Address 1 Police Plaza
New York, N.Y. 10038

Defendant No. 3  Name _____ Shield # _____
Where Currently Employed _____
Address _____

Defendant No. 4  Name _____ Shield # _____
Where Currently Employed _____
Address _____

Defendant No. 5  Name _____ Shield # _____
Where Currently Employed _____
Address _____

II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur? 13th Street and Avenue D in Manhattan, N.Y. N.Y.

B. Where in the institution did the events giving rise to your claim(s) occur? The Lt. Set me up for this Bribery charge by soliciting money from me, and also with threats.

C. What date and approximate time did the events giving rise to your claim(s) occur? April 19th, 2007 at about 8pm, when he pulled me over for no reason

Rev. 05/2010                                   4

D.   Facts: The Lt. pulls me over on April 19th 2007 and demands money from me. He threatens me if I do not give him the money then charges me with Bribery. The Lt. kept soliciting the money from me, and finally had to threaten me so I would give it to him. At the trial so many outrageous, intolerable, and terrible things were said by the Lt. which clearly show he is not right and a very dangerous person.

The Lt. is asked if I offered him money and he does not say: "Yes". Thats because the Lt. demanded the money from me. There are numerous other intolerable things the Lt. says that show he is a lier, sick pervert, see the attached pages.

The Lt. made up the probable cause, told one lie after another while on the witness stands and continues to get away with the crimes he committed.

see attached.

III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I was found guilty based on his crimes and lies and sentenced to 3½-6 years, in which I lost everything. Four years in prison and now on parole losing more productive time out of my life.

IV.   Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

   Yes ____   No __✓__

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). _____

B.  Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   Yes ____   No ____   Do Not Know ____   N.A (Not Applicable)

C.  Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

   Yes ____   No ____   Do Not Know ____   N.A.

   If YES, which claim(s)? _____

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

   Yes ____   No ____   N.A

   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   Yes ____   No ____   N.A

E.  If you did file a grievance, about the events described in this complaint, where did you file the grievance?   N.A.

   1.  Which claim(s) in this complaint did you grieve? N.A.

   2.  What was the result, if any? N.A.

   3.  What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____
   N.A.

F.  If you did not file a grievance:

   1.  If there are any reasons why you did not file a grievance, state them here: N.A.

Rev. 05/2010

6

This case was originally brought up in state court and the Judge did rule the case could go forward intatically then changed her mind on reargument.

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any: Many letters were written about the Lts' crimes over and over again. Then all state remedies were exhausted.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. This case was brought in N.Y.S. Supreme Court, appealed to the Second Dept. Appellate Division, and finally the Court of Appeals for N.Y.S. All denied. The Lt has clearly violated the law.

**Note:** You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). Compensatory damages of 250k per year, 4½ years so far, and counting based on lossing my business. Nominal damages of $1.00 to set an example and 5 million in punitive damages to set an elos precedent because nothing has been done and their needs to be punishment. The Lt has clearly gotten away with some serious crimes based on his own statments made in open court.

Rev. 05/2010                    7

**VI. Previous lawsuits:**

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓   No ___

B.   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _Paul Alexander_

Defendants _Lt. Robert Corcoran_

2. Court (if federal court, name the district; if state court, name the county) _N.Y.S. Court New York County_

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _2008-2012_

6. Is the case still pending? Yes ___ No ✓

   If NO, give the approximate date of disposition _2012_

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _It was at first granted then dismissed_

C.   Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ___   No ✓

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ___ No ___

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this **19** day of **November**, 20**12**

Signature of Plaintiff: Paul Alexander
Inmate Number: 1234 Park St.
Institution Address: Peekskill, N.Y. 10566

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this **19** day of **November**, 20**12**, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: Paul Alexander

*Rev. 05/2010*                    9

## ATROCIOUS & CONTEMPTIBLE STATEMENTS MADE BY THE LT. (ROBERT CORCORAN NYC POLICE Dept.) at MY JURY TRIAL FOR BRIBERY

| | | |
|---|---|---|
| Lt Corcoran: | "if you read the Penal Law sometimes it's good: sometimes it's not." (Trial 249) | Non Belief in the Law! |
| Lt Corcoran: | "you know how the Criminal Justice System is." (Trial 65-9) | Again Non-Belief IN THE LAW. |
| Lt Corcoran: | **"I said to him are you going to fuck the girls, you know, playing around stuff like that."** (Hearings p.13) | Sick Perverted Questions, sick! |
| Lt Corcoran: | "I just kept telling him to shut the the fuck up." (Hearings p.14-3, 4) | Violent Cursing. |
| Lt Corcoran: | **"I would put a bullet in his head and dump him in the river."** (Trial p.42) | Death threat with his gun. |
| Lt Corcoran: | "NO, NO, NO! Okay, stay here one second." (Trial p.210-10) (He's making this whole statement up) | Someone would not say "NO" three times in a row and then "OKAY" to my alleged offer of money! |
| Lt Corcoran: | Q. **"Now the offer to pay money first came from Paul is that correct?"** (Trial p.45-24) <br> A. "He said he would do anything not to go back." (Trial 45-25) | DOES NOT ANSWER THE QUESTION, because it was the Lt. that solicited the money! |
| Lt Corcoran: | **"I didn't order them to leave, no."** (Trial p.42-3) | At first he tries to deny the isolation |
| Lt Corcoran: | "When I ordered everyone to leave." (Trial p.42-12) | Admits to sending away the witnesses! |
| Lt Corcoran: | **"I ordered everyone to leave."** (Trial p.42-9) | He isolated me so he could set me up! |
| Lt Corcoran: | Q. "Did you ever see it?" (Trial 10-5) <br> A. "No I did not." (Trial p.10-6) <br> A. "It was clearly forged, It was marked over." (Trial p. 227-10) | The Alleged forged license plate, he makes up the probable cause <br><br> It's clear he did see it and he's lying again! |

**The Lt. made this whole crime up** and by the terrible things he says while under oath it is clear that something is not right with him. These statements speak for themselves and they clearly show he is dangerous.

The jury even asked about the Lt. not following the law (rules), and they were told there is a defense to bribery but it was not made out here. This is the same thing as telling them I am guilty and it does not answer their question. It was the Lt. that solicted the money!

Dear Court Clerk:                                                                      11/19/12

    I have enclosed the Complaint for my 1983 law suit against the Lt. The Lt. set me up for this bribery charge by soliciting money from me, and then finally threatening me so I would give him the money. The sad part is how easy it has been for him to get away with his crimes and I am trying to get some justice here.

    I ended up having to do 3-6 years based on the Lt.'s crimes and perjuries and I cant understand why no one seems to care, it does not make sense nor is it right. I have already had to serve 4 years and now I am still being punished while on parole. It is just devastating in what the Lt has been able to do.

    All my state appeals have been exhausted and just recently my Habeas Corpus was denied by Judge Buchwald in the southern District. I am appealing the criminal conviction to the Second circuit, but maybe I can get some relief with this civil 1983 law suit against the Lt.

    I really could use some help here and if you take a look at the things the Lt. said it will be clear he is just not right. I have enclosed the complaint and will send in a brief shortly in support of my complaint. Can you please tell me if I need to send any additional paper work.

    Thank you for your time and consideration in this matter.   Please let me know?

*Paul Alexander*
Paul Alexander Pro-se
Petitioner
1234 Park Street
Peekskill, NY 10566


RECEIVED NOV 27 2012 PRO SE OFFICE



Paul Alexander
1234 Park St
Peekskill, N.Y. 10566

Court Clerk, Southern Dis.
Pro-se
500 Foley Sq. 1000 7
New York, N.Y. 1000 7